## INTELLECTUAL SCIENCE AND TECHNOLOGY, INC.,
Plaintiff–Appellant,

v.

## SONY ELECTRONICS, INC.,
Defendant–Appellee,

and

US JVC Corporation, JVC Americas Corporation, and Panasonic Corporation of North America, Defendants.

No. 2009–1142.

United States Court of Appeals, Federal Circuit.

Nov. 25, 2009.

Before RADER, ARCHER, and GAJARSA, Circuit Judges.

ON MOTION

*ORDER*

Intellectual Science and Technology, Inc. moves without opposition to dismiss appeals nos. 2009–1143 and 2009–1144 pursuant to Fed. R. App. P. 42(b) concerning Defendants–Appellees, U.S. JVC Corporation, JVC Americas Corporation, and Panasonic Corporation of North America.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeals 2009–1143 and 2009–1144 are dismissed.

The revised official caption is reflected above.

(2) Each side shall bear its own costs.